FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 10 PM 4: 18

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GARRY L. PIERCE | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 405-228 |
| | ) | |
| BMS ENTERPRISES, INC., et al | ) | |

## ORDER

The Court has been advised that the case set forth above has been settled. Accordingly, this case is **DISMISSED WITH PREJUDICE**, except that the Court expressly retains jurisdiction to enforce any settlement the parties may care to file, under seal if so desired, within thirty (30) days of the date this Order is filed. **See Kokkonen v. Guardian Life Ins. Co. of America**, 511 U. S. 375, 114 S. Ct. 1673 (1994).

Failure to so file shall signify that the parties do not consent to this Court's retention of jurisdiction to enforce their settlement.

**SO ORDERED** this _10_ day of _____July_____, 2007

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia